IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS TAYLOR, : | |
| Plaintiff : | |
| v. : | Case No. 3:24-cv-48-KRG-KAP |
| SCOTT KLINEFELTER, WARDEN S.C.I. : | |
| HOUTZDALE, *et al.*, : | |
| Defendants : | |

Memorandum Order

Plaintiff Taylor's attempt to proceed *in forma pauperis*, that is, his Motion to Demonstrate Imminent Danger, ECF no. 10, is denied. The matter is administratively closed because Taylor has not paid the filing fee and is barred from proceeding *in forma pauperis* because he is a three-strikes litigant under 28 U.S.C.§ 1915(g). Taylor can therefore proceed *in forma pauperis* only if he was "under imminent danger of serious physical injury" at the time he filed his complaint. *See* Abdul-Akbar v. McKelvie, 239 F.3d 307, 312 (3d Cir. 2001) (*en banc*). Taylor attaches twenty-plus pages of paperwork relating to grievances he has filed to a two-page motion which essentially says: read my exhibits and find in my favor. That is not proper presentation of anything in any motion by any litigant.

Taylor must demonstrate an adequate nexus between the claims he seeks to pursue in this complaint and imminent danger of serious physical injury. He has not done so.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties can within fourteen days file written objections to my recommendation. In the absence of timely and specific objections, any appeal would be severely hampered or entirely defaulted. *See* EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (describing standard of appellate review when no timely and specific objections are filed as limited to review for plain error).

DATE: May 6, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Cornelius Taylor MH-5213
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698